# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DANIEL E. CARPENTER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION

NO.  24-cv-11065-AK

## ORDER OF DISMISSAL

**KELLEY, J.**

In accordance with the Court's ELECTRONIC ORDER dated June 7, 2024, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

June 7, 2024
Date

/s/ Daniel C. Hohler

Deputy Clerk